IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO: JFM-93-0419** |
| | * | (Motz, J.) |
| **COREY LORENZO WOODFOLK** | * | |
| | * | |

************

## GOVERNMENT'S RESPONSE TO
## DEFENDANT'S MOTION TO CORRECT JUDGMENT

Comes now the United States of America, by and through its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland and Andrea L. Smith, Assistant United States Attorney for said district, and in response to the defendant's Motion to Correct the Judgement Under Fed. R. Crim. P. 36, the government requests that the Court grant the defendant's motion. In support therefore, the government submits as follows:

1.  Defendant Corey Woodfolk pleaded guilty on September 13, 1994, to Count one of the indictment pending against him which charged a conspiracy to distribute and possess with intent to distribute heroin in violation of 21 U.S.C. § 846, and 18 U.S.C. § 2. His Judgment Order omits reference to the Aiding and Abetting citation.

2.  In *United States v. Chase*, 222 Fed. Appx. 253 (4th Cir. 2007) the defendant filed the exact same motion under the same circumstances. While the district court denied this motion, the Fourth Circuit Court of Appeals vacated and directed the district court to make the correction which was purely a clerical error. The court also observed,

> This correction, of course, will have no effect on Chase's term of imprisonment or term of supervised release, nor will it restart the limitations period for filing a post-conviction challenge under the Antiterrorism and Effective Death Penalty Act of 1996.

*Chase*, 222 Fed. Appx at 254.  The government can see no reason not to grant this request.

                                Respectfully submitted,

                                Rod J. Rosenstein
                                United States Attorney

                            By:_____
                                Andrea L. Smith
                                Assistant United States Attorney
                                36 South Charles Street, Fourth Floor
                                Baltimore, Maryland 21201
                                (410) 209-4858

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Government's Response To Defendant's Motion to Correct the Judgment was ELECTRONICALLY FILED, and a copy thereof was mailed this 22nd of May, 2012 to Corey L. Woodfolk, Register No. 30079-037, Federal Correctional Institution, P.O. Box 1000 Otisville, NY 10963.

                                _____
                                Andrea L. Smith