**Department of Justice**              **Federal Bureau of Prisons**

# INMATE SKILLS DEVELOPMENT PLAN    Current Progress Report: 10-14-2015



| | | |
|---|---|---|
| **Name:** WOODFOLK, COREY LORENZO | **Institution:** | OTISVILLE FCI P.O. BOX 600 OTISVILLE, NY 10963 |
| **Register Number:** 30079-037 | | |
| **Security/Custody:** MEDIUM/IN | **Telephone:** | (845) 386-6700 |
| **Projected Release:** 08-14-2037 / GCT REL | **Fax:** | 845-386-6727 |

**Next Review Date:** 03-17-2016    **Driver's License/State:** /
**Next Custody Review Date:** 10-21-2014    **FBI Number:**
**Age/DOB/Sex:** 46 / 03-09-1969 / M    **SSN:**
**CIM Status:** Y    **DCDC Number:**
If yes, reconciled: Y    **INS Number:**
   **PDID Number:**
   **Other IDs:**

**Release Residence:** [POC]      **Release Employer:** [Name] [Address] [POC]
**Telephone:** [Phone]      **Contact Telephone:**

**Primary Emergency Contact:** Lisa Woodfolk, EX-WIFE, 24 N. Ellamont Street, Balitmore, MD 21229
**Telephone:** (410) 624-1657
**Secondary Emergency Contact:** [POC] [Address]
**Telephone:**

**Mentor Information:**

**Controlling Sentence Information:**

| Offense(s)/Violator Offenses | Sentence | Sentencing Procedure | Supervision Term |
|---|---|---|---|
| T21 USC 846 - CONSP TO POSSESS AND DISTRIBUTE HEROIN | 50 YEARS | 3559 SRA SENTENCE | 5 YEARS |

**Other Current Offenses:**

| |
|---|
| NONE |

| Controlling Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/BGT/SGT | Days FSGT/WSGT/DGCT | | Parole Status |
|---|---|---|---|---|---|
| 12-27-1994 | 21 YEARS 9 MONTHS 3 DAYS / 351 / 0 | 2340 / 0 / 0 | 0 / 0 / 14 | **Hearing Date:** **Hearing Type:** **Last USPC Action:** | NOT ENTERED |

**Detainers**

| Jurisdiction | Authority | Charge #1 | Charge #2 | Charge #3 |
|---|---|---|---|---|
| SMD | MARYLAND DIVISION OF CORRECTIONS | CASE #28735804; ATTEMPTED MURDER - 2ND DEGREE "CONSECUTIVE" | | |

**Special Parole Term:** NOT ENTERED
**Pending Charges:** None known
**Cim Status:** Y      **Cim Reconciled:** Y

| Financial Responsibility | Imposed | Balance | Case No/Court of Jurisdiction | Most Recent Payment |
|---|---|---|---|---|
| ASSESSMENT | $50.00 | $0.00 | JFM-93-0419 / MD | FINANC RESP-NO OBLIGATION |

**Financial Plan**      Comm Dep-6 mos:    $3275.40

Department of Justice | Federal Bureau of Prisons
# INMATE SKILLS DEVELOPMENT PLAN
## PROGRESS REPORT: 10-14-2015

| | | | |
|---|---|---|---|
| Active: | [Y,N] | Commissary Balance: | $1025.72 |
| Financial Plan Date: | [Date] | | |

**Payments**

| | |
|---|---|
| Commensurate: | [Y,N] |
| Missed: | [Y,N] |

| | |
|---|---|
| Judicial Recommendations: | NONE / NONE / NONE |
| Special Conditions of Supervision: | NONE |

| USPO Sentencing: | William Henry, Chief<br>Maryland Probation Office<br>250 West Pratt Street Room 400<br>Baltimore, MD 21201-2423 | USPO Relocation: | [POC]<br>[District]<br>[Street Address/Suite]<br>[City], [State] [Zip] |
|---|---|---|---|
| Phone/Fax: | 410-962-4740 / 410-962-3304 | Phone/Fax: | [Phone] / [Fax] |

| | | | |
|---|---|---|---|
| Subject to 18 U.S.C. 4042(B) Notification:<br>• Conviction for a drug trafficking crime (federal) | Y | DNA Required:<br>Subject to Sex Offender Notifications:<br>Treaty Transfer Case: | Y - 05-23-2011<br>N<br>N |

**Profile Comments:**

### EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| OTV | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-10-1995 | CURRENT |
| OTV | ESL HAS | ENGLISH PROFICIENT | 01-05-1995 | CURRENT |

### COMPLETED EDUCATION COURSES

| Course Description | Completion Date | Course Hours |
|---|---|---|
| FORK LIFT TRAINING CLASS | 09-01-2015 | 6 |
| CARTOONING | 11-24-2013 | 1 |
| NFPT NUTRITION CLASS | 02-12-2011 | 1 |
| FOOD PREPARATION | 10-18-2010 | 120 |
| REAL ESTATE MORTGAGE BROKER | 09-21-2010 | 30 |
| RESIDENTIAL WIRING | 07-02-2010 | 120 |
| MONEY MATTERS: THURS 1-3 | 10-21-2010 | 20 |
| CORE PERFORMANCE | 09-26-2010 | 10 |
| PREP FOR CDL WRITTEN EXAM | 09-02-2010 | 30 |
| EDUCATION ORIENTATION - AM | 02-26-2008 | 3 |
| PORTABLE TYPEWRITER | 06-24-2006 | 1 |
| SWINTEC TYPING CLASS | 06-14-2006 | 1 |
| S.AFRICAN EXPERIENCE | 03-20-2006 | 2 |
| ACE-CHESS VIDEO SERIES | 10-18-2005 | 4 |
| CIVIC STUDIES ACE CLASS | 05-20-2002 | 36 |

Name: **WOODFOLK, COREY LORENZO**   RegNo: 30079-037

| | | |
|---|---|---|
| RPP-PERSONAL GROWTH | 03-29-2002 | 2 |
| LEISURE ACTIVITY/FOOTBALL | 11-26-1998 | 33 |
| BASKETBALL OFFICIAL | 01-13-1998 | 4 |
| PARENTING CLASS | 06-28-1995 | 10 |

### HIGHEST SCORES

| Test | | Subtest | Score | Test Date | Test Fac | Form | State |
|---|---|---|---|---|---|---|---|
| Inmate has no score history items in this area | | | | | | | |

### WORK DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| OTV | ORD UNITFA | UNIT FA ORDERLY | 04-13-2015 | CURRENT |

### WORK HISTORY

| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
|---|---|---|---|---|
| OTV | ORD UNITFA | UNIT FA ORDERLY | 11-02-2011 | 04-13-2015 |
| OTV | WK POOL EV | EVENING WORK POOL | 07-11-2008 | 09-14-2011 |
| OTV | WK POOL AM | WORK POOL - 6:00 11:00 | 03-11-2008 | 07-11-2008 |
| FAI | A ORD R-PM | UNIT A RIGHT ORDERLY/PM | 03-28-2006 | 12-18-2007 |
| FAI | ED-ORD-AM | ED. ORD 7:30 - 11:30 | 03-13-2006 | 03-28-2006 |
| FAI | A ORD R-PM | UNIT A RIGHT ORDERLY/PM | 01-12-2005 | 02-17-2006 |
| FAI | CCS ORD-PM | CCS ORDERLY-PM | 06-30-2004 | 01-12-2005 |
| FAI | FA-ELEC2 | ELECTRIC 2 SHOP/FACILITIES | 06-24-2004 | 06-29-2004 |
| LEW | ORD C | ORDERLIES "C" BLOCK | 03-17-2003 | 05-24-2004 |
| LEW | LAW LIB | LAW LIBRARY | 03-13-2003 | 03-17-2003 |
| LEW | ORD C | ORDERLIES "C" BLOCK | 11-18-2000 | 03-13-2003 |
| | | Gap(s) in employment between assignments: 47 days | | |
| ATL | SAF OFF | SAFETY OFFICE CLERK | 04-10-2000 | 10-02-2000 |
| ATL | PM DINE RM | PM DINE RM | 04-06-2000 | 04-10-2000 |
| ATL | WEST YARD | WEST YARD ORDERLY | 12-01-1999 | 04-06-2000 |
| ATL | PM KITCHEN | PM KITCHEN | 08-12-1999 | 12-01-1999 |
| LEW | PM DINE RM | PM DINE ROOM | 05-05-1999 | 07-19-1999 |
| LEW | BAKERY OFC | BAKERY OFFICE | 04-16-1999 | 05-05-1999 |
| LEW | AM DINE RM | AM DINE ROOM | 04-15-1999 | 04-16-1999 |
| LEW | PM COOK | PM COOK | 09-11-1998 | 04-15-1999 |
| LEW | CLO ISU | CLOTHING ISSUE | 10-21-1997 | 09-11-1998 |
| LEW | ORD J | ORDERLIES-"J" BLOCK | 04-30-1997 | 10-21-1997 |

**Department of Justice**     **Federal Bureau of Prisons**
# INMATE SKILLS DEVELOPMENT PLAN   PROGRESS REPORT: 10-14-2015

| | | | | |
|---|---|---|---|---|
| LEW | DINE ROOM | FOOD SVC DINING ROOM | 01-09-1997 | 04-30-1997 |
| LEW | AM COOK | AM FOOD SVC COOK | 12-23-1996 | 01-09-1997 |
| LEW | DINE ROOM | FOOD SVC DINING ROOM | 01-24-1996 | 12-23-1996 |
| LEW | FOOD SVC | FOOD SERVICE | 12-15-1995 | 01-24-1996 |
| | | Gap(s) in employment between assignments: 31 days | | |
| LEW | ORD J | ORDERLIES-"J" BLOCK | 09-20-1995 | 11-14-1995 |
| LEW | FOOD SVC | FOOD SERVICE | 09-15-1995 | 09-20-1995 |
| LEW | ORD J | ORDERLIES-"J" BLOCK | 05-10-1995 | 09-03-1995 |
| LEW | DINE ROOM | FOOD SVC DINING ROOM | 03-20-1995 | 05-10-1995 |
| LEW | FOOD SVC | FOOD SERVICE | 02-07-1995 | 03-20-1995 |
| LEW | INS MAINT | INSIDE MAINTENANCE | 01-23-1995 | 02-07-1995 |
| LEW | MECH SVC | MECHANICAL SERVICES | 01-20-1995 | 01-23-1995 |

## DISCIPLINE HISTORY

| UDC/DHO | Hearing Date | Report No. | Prohibited Act Description | Sanction |
|---|---|---|---|---|
| UDC | 09-23-1996 | 436210 | 406 - USING PHONE OR MAIL W/O AUTH | LOSE PRIV / 30 DAYS / CS<br>COMP: LAW; LOSS OF TELEPHONE PRIVILEDGES FOR 30 DAYS, LAW: SUSPENDED PENDING 180 DAYS CLEAR CONDUCT |
| DHO | 09-07-1995 | 343586 | 104 - POSSESSING A DANGEROUS WEAPON | DS / 15 DAYS / CS<br>COMP: LAW:<br>DIS GCT / 14 DAYS / CS<br>COMP: |
| DHO | 03-02-1995 | 294408 | 321 - INTERFERING WITH TAKING COUNT | LOSE PRIV / 3 MONTHS / CS<br>COMP: LAW: COMMISSARY<br>DS / 15 DAYS / CS<br>COMP: |
| UDC | 02-10-1995 | 291730 | 407 - VIOLATING VISITING REGULATIONS | LOSE PRIV / 30 DAYS / CS<br>COMP: LAW: SANCTIONED TO LOSS OF COMMISSARY FOR 30 DAYS AND LAW: VISITING LOSS FOR 60 DAYS SUSPENDED VISITING LOSS |

## CURRENT DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| OTV | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-13-2015 | CURRENT |

## MOVEMENT HISTORY

| Facility | | Assignment | Start Date | Stop Date |
|---|---|---|---|---|
| OTV | | DESIGNATED, AT ASSIGNED FACIL | 02-01-2010 | 04-13-2015 |
| OTV | | *MULTIPLE TRIPS IN/OUT OF OTV | 08-27-2009 | 02-01-2010 |
| FAI | | DESIGNATED, AT ASSIGNED FACIL | 03-09-2005 | 12-18-2007 |
| FAI | | *MULTIPLE TRIPS IN/OUT OF FAI | 05-24-2004 | 03-09-2005 |
| LEW | | DESIGNATED, AT ASSIGNED FACIL | 01-30-2004 | 05-24-2004 |

Name: **WOODFOLK, COREY LORENZO**  RegNo: **30079-037**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| LEW | | *MULTIPLE TRIPS IN/OUT OF LEW | 12-31-2003 | 01-30-2004 |
| ATL | | DESIGNATED, AT ASSIGNED FACIL | 07-26-1999 | 10-02-2000 |
| LEW | | DESIGNATED, AT ASSIGNED FACIL | 07-20-1999 | 07-26-1999 |
| LEW | | *MULTIPLE TRIPS IN/OUT OF LEW | 07-19-1999 | 07-20-1999 |

CURRENT WORK ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| OTV | RPP NEEDS | RELEASE PREP PGM NEEDS | 06-15-2004 | CURRENT |
| OTV | V94 CDB913 | V94 CURR DRG TRAF BEFORE 91394 | 05-30-1996 | CURRENT |

MEDICAL DUTY/ F/S ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| OTV | YES F/S | CLEARED FOR FOOD SERVICE | 02-11-2009 | CURRENT |
| OTV | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 02-11-2009 | CURRENT |

Department of Justice — Federal Bureau of Prisons
# INMATE SKILLS DEVELOPMENT PLAN
## PROGRESS REPORT: 10-14-2015

### ACADEMIC
*** Disregard Response Summary and utilize only the Progress & Goals section ***

**Response Summary**

✓ **INTELLECTUAL FUNCTIONING**
- ⊕ no intellectual deficits
- ⓘ has NOT attended special education classes

✓ **LITERACY**
- ⊕ GED obtained
- ⓘ not obtained through BOP

✓ **LANGUAGE**
- ⊕ fluent in English as primary language

❗ **COMPUTER SKILLS**
- ⊖ lacks keyboarding skills
- ⊖ lacks word processing skills
- ⊖ lacks internet navigation skills

**Progress and Goals**

MR. WOODFOLK HAS HIS GED/HS DIPLOMA. DURING HIS TERM OF INCARCERATION, MR. WOODFOLK HAS COMPLETED THE FOLLOWING PROGRAMS: FORKLIFT TRAINING (2014), FOOD PREPARATION (2010), REAL ESTATE MORTGAGE BROKER (2010), RESIDENTIAL WIRING (2010), MONEY MATTERS (2010), PREP FOR CDL WRITTEN EXAM (2010), CORE PERFORMANCE (2010), PORTABLE TYPEWRITER (2006), SWINTEC TYPING CLASS (2006), SOUTH AFRICAN EXPERIENCE (2006), ACE-CHESS VIDEO SERIES (2005), CIVIC STUDIES ACE (2002) AND RPP-PERSONAL GROWTH (2002). HE INDICATED THAT HE IS CURRENTLY ON THE WAIT LIST FOR THE BUSINESS START UP CLASS. MR. WOODFOLK WAS AWARDED A CERTIFICATE IN PARALEGAL STUDIES WITH DISTINCTION FROM THE BLACKSTONE CAREER INSTITUTE IN 2015. HIS PARALEGAL STUDIES INCLUDED 900 CLOCK HOURS OF COURSEWORK REQUIRED TO SIT FOR THE CERTIFIED PARALEGAL EXAM.

### VOCATIONAL/CAREER
*** Disregard Response Summary and utilize only the Progress & Goals section ***

**Response Summary**

❗ **EMPLOYMENT HISTORY**
- ⓘ unemployed at time of arrest
- ⊖ no consistent history of employment 5 years prior to incarceration
- ⓘ unemployed majority of adult life or no significant periods of employment

❗ **CAREER DEVELOPMENT**
- ⊕ possesses significant expertise in field
- ⓘ Building and Grounds Cleaning and Maintenance - 37
- ⊖ no realistic career/job goals upon release

❓ **INSTITUTION WORK HISTORY**

❗ **POST INCARCERATION EMPLOYMENT**
- ⊖ post-incarceration employment not secured
- ⓘ other: prd 2037
- ⊖ no release documents obtained to date

Name: **WOODFOLK, COREY LORENZO**                                     RegNo: **30079-037**

## VOCATIONAL/CAREER   *** Disregard Response Summary and utilize only the Progress & Goals section ***

**Progress and Goals**

DURING HIS TERM OF INCARCERATION, MR. WOODFOLK HAS COMPLETED THE FOLLOWING VOCATIONAL/CAREER PROGRAMS: FORKLIFT TRAINING (2014), FOOD PREPARATION (2010), REAL ESTATE MORTGAGE BROKER (2010), RESIDENTIAL WIRING (2010), MONEY MATTERS (2010), PREP FOR CDL WRITTEN EXAM (2010), PORTABLE TYPEWRITER (2006) AND SWINTEC TYPING CLASS (2006). MR. WOODFOLK WAS AWARDED A CERTIFICATE IN PARALEGAL STUDIES WITH DISTINCTION FROM THE BLACKSTONE CAREER INSTITUTE IN 2015. HIS PARALEGAL STUDIES INCLUDED 900 CLOCK HOURS OF COURSEWORK REQUIRED TO SIT FOR THE CERTIFIED PARALEGAL EXAM. MR. WOODFOLK HAS MAINTAINED EMPLOYMENT AS A UNIT ORDERLY SINCE 2011, WHERE HE CONSISTENTLY RECEIVES GOOD PERFORMANCE EVALUATIONS.

## INTERPERSONAL   *** Disregard Response Summary and utilize only the Progress & Goals section ***

**Status** | **Response Summary**

| Status | Response Summary |
|---|---|
| ❗ | **RELATIONSHIPS**<br>⊖ victim of neglect/abandonment as a child<br>⊖ immediate family member engaged in criminal activity<br>⊖ immediate family member engaged in substance abuse<br><br>⊖ negative peer influences prior to incarceration<br>ⓘ criminal associates |
| ❗ | **FAMILY TIES/SUPPORT SYSTEM**<br>⊖ insufficient expected support to warrant positive Family Ties and Support System<br>   Spouse: General<br>   Immediate Family: General |
| ⊘ | **PARENTAL RESPONSIBILITY**<br>ⓘ no children under the age of 21<br><br>ⓘ no children under the age of 21 financially responsible for<br><br>ⓘ RRC (MINT) Placement is not applicable |
| ✓ | **COMMUNICATION**<br>⊕ displays good communication skills |

**Progress and Goals**

MR. WOODFOLK COMPLETED A PARENTING CLASS IN 1995.  HE CURRENTLY HAS NO CHILDREN UNDER THE AGE OF 21.

**Department of Justice** — **Federal Bureau of Prisons**

# INMATE SKILLS DEVELOPMENT PLAN
## PROGRESS REPORT: 10-14-2015

**WELLNESS**     *** Disregard Response Summary and utilize only the Progress & Goals section ***

### Response Summary

**HEALTH PROMO/DISEASE PREVENT**
- ⊖ overweight
- ⓘ height 6 ft. 1 in.
- ⓘ weight (lbs) 200
- ⓘ BMI Score 26.4
- ⓘ date calculated 10-26-2009

- ⊕ maintains physical fitness thru regular exercise;
- ⓘ aerobic exercise
- ⓘ anaerobic or isometric exercise

- ⊖ evidence of behaviors associated with increased risk of infectious disease
- ⓘ tattoo, body piercing (in unsanitary settings)

- ⊕ does not use tobacco (cigarettes, cigars, and/or smokeless tobacco)

- ⊖ did not have a primary care provider or clinic (prior to incarceration)
- ⊕ has health insurance coverage upon release

**DISEASE/ILLNESS MANAGEMENT**
- ⊕ complies with treatment recommendations and/or takes medications as prescribed, or none required

- ⊖ medical Care Level II (Chronic care - stable) - See Exit Summary
- ⊕ no dental problems
- ⊕ no non-routine services/assistance devices needed

**TRANSITIONAL PLAN**
- ⊖ requires medication upon release from custody - See Exit Summary
- ⊖ requires on-going treatment or follow-up after release from custody - See Exit Summary
- ⓘ TB Clearance Complete - See Exit Summary
- ⓘ RRC placement is not applicable

**GOVERNMENT ASSISTANCE**
- ⓘ has not previously received Social Security assistance
- ⓘ inmate indicates he/she may not be eligible for Social Security assistance after release

- ⓘ has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard
- ⓘ spouse or a parent has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard

### Progress and Goals

MR. WOODFOLK DOES NOT HAVE A DOCUMENTED HISTORY OF SERVICE IN THE U.S. ARMED FORCES.

Name: **WOODFOLK, COREY LORENZO**  RegNo: **30079-037**

## MENTAL HEALTH   *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ❗ | **SUBSTANCE ABUSE MANAGEMENT** <br> ⊖ evidence of inappropriate use of alcohol, prescription medications and/or illegal drugs in the year prior to arrest <br> alcohol: Daily <br><br> ⊖ no history of substance abuse treatment <br> ⓘ not currently participating in substance abuse treatment |
| ✓ | **MENTAL ILLNESS MANAGEMENT** <br> ⊕ no history of mental health diagnosis prior to incarceration <br><br> ⊕ no mental health diagnosis during incarceration <br><br> ⊕ no history of serious suicidal ideation or attempts |
| ❓ | **TRANSITIONAL PLAN** |
| ✓ | **APPROPRIATE SEXUAL BEHAVIOR** <br> ⊕ no evidence of sexually inappropriate behavior |

**Progress and Goals**

MR. WOODFOLK HAS COMPLETED THE FOLLOWING COURSES: TRANSCENDING ADDICTION (1998), A FRAMEWORK FOR RECOVERY (1998), NON RESIDENTIAL DRUG (1998), DOING TIME WITH THE RIGHT MIND (2008), ANGER MANAGEMENT (2013) AND VICTIM IMPACT (2012).

NO CURRENT MENTAL HEALTH CONCERNS NOTED.

## COGNITIVE   *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ❗ | **GENERAL BEHAVIOR** <br> ⊖ evidence of behavioral problems as a juvenile <br> ⓘ arrest record as a juvenile <br><br> ⊕ no evidence of behavioral problems as an adult |
| ❓ | **CRIMINAL HISTORY** |
| ❗ | **DOMESTIC VIOLENCE/ABUSE** <br> ⊖ history of domestic violence or abuse and/or served with protective orders <br> ⓘ history of domestic violence as a perpetrator |
| ❗ | **CRIMINAL BEHAVIOR** <br> ⊕ no onset of criminal behavior before the age of 14 <br> ⊖ criminal versatility: convictions in 3 or more categories <br> ⊖ significant history of violence: 2 or more violent convictions |

**Department of Justice**
**Federal Bureau of Prisons**

# INMATE SKILLS DEVELOPMENT PLAN
## PROGRESS REPORT: 10-14-2015

### COGNITIVE
*** Disregard Response Summary and utilize only the Progress & Goals section ***

**Progress and Goals**

MR. WOODFOLK COMPLETED DOING TIME WITH THE RIGHT MIND (2008) AND THE YOUNG MEN INCORPORATED LEADERSHIP TRAINING PROGRAM (2011). HE INDICATED THAT HE RECENTLY ENROLLED IN THE TOASTMASTERS CLASS WHICH IS EXPECTED TO BEGIN IN THE SHORT TERM. MR. WOODFOLK IS CONTINUALLY ENCOURAGED TO ENROLL IN A PERSONAL GROWTH AND DEVELOPMENT COURSE OF HIS CHOICE.

### CHARACTER
*** Disregard Response Summary and utilize only the Progress & Goals section ***

**Response Summary**

**PERSONAL CHARACTER**
- ⊖ Insufficient variety of behaviors to warrant overall positive personal character
- ⊕ evidence of spirituality
  - talks to a friend or mentor about spiritual/religious issues: Sometimes
  - active participation in a faith group: Always
  - connected to outside spiritual/religious community: Sometimes
  - examines actions to see if they reflect values: Always
  - finds meaning in times of hardship: Always
- ⓘ religious assignment: PROTESTANT
- ⊕ no evidence easily influenced by other

**PERSONAL RESPONSIBILITY**
- ⓘ reports responsibility for current incarceration as:
- ⊕ self (sole responsibility)
- ⊖ no efforts to make amends for their crime(s)

**Progress and Goals**

MR. WOODFOLK HAS MAINTAINED CLEAR CONDUCT SINCE 1996. HE IS CONTINUALLY ENCOURAGED TO ENROLL IN A PERSONAL GROWTH AND DEVELOPMENT COURSE OF HIS CHOICE.

### LEISURE
*** Disregard Response Summary and utilize only the Progress & Goals section ***

**Response Summary**

**USE OF LEISURE TIME**
- ⊖ no evidence of positive leisure time activities

**Progress and Goals**

MR. WOODFOLK HAS COMPLETED THE FOLLOWING LEISURE TIME PROGRAMS: CARTOONING (2013), NFPT NUTRITION CLASS (2010), LEISURE ACTIVITY/FOOTBALL (1998), BASKETBALL OFFICIAL (1998). HE IS CONTINUALLY ENCOURAGED TO PARTICIPATE IN A LEISURE PROGRAM OF HIS CHOICE.

Name: **WOODFOLK, COREY LORENZO**  RegNo: **30079-037**

## DAILY LIVING

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ❗ | **FINANCIAL MANAGEMENT**<br>⊕ knowledge in maintaining checking account<br>⊕ knowledge in maintaining savings account<br>⊕ knowledge in utilizing an ATM debit card<br>⊕ knowledge in obtaining loans<br>⊖ no positive credit history<br>⊖ did not live within financial means<br>⊖ does not pay monthly bills on time |
| ✓ | **FOOD MANAGEMENT**<br>⊕ possesses grocery shopping/consumer skills<br>⊕ makes good nutritional choices to maintain health<br>⊕ possesses basic food preparation skills<br>⊕ knowledgeable in accessing community resources to obtain food |
| ✓ | **PERSONAL HYGIENE/SANITATION**<br>⊕ good personal hygiene and sanitation<br>ⓘ quarters assignment: HOUSE F/RANGE 03/BED 326L |
| ❗ | **TRANSPORTATION**<br>⊖ does not have valid driver's license<br>⊕ No outstanding motor vehicle violations<br><br>⊖ does not own personal vehicle with appropriate insurance<br>⊕ possesses public transportation skills and has access to public transportation |
| ❗ | **IDENTIFICATION**<br>⊖ does not have photo identification<br>⊖ does not have birth certificate<br>⊖ does not have social security card |
| ❗ | **HOUSING**<br>⊕ established housing year prior to incarceration<br>ⓘ established housing: paid rent<br>ⓘ established housing: lived with family<br>ⓘ established housing: non-publicly assisted<br>⊖ established housing in a high crime neighborhood<br><br>⊕ housing upon release<br>ⓘ supervision district is not a relocation<br>ⓘ anticipated housing plan approved by USPO(s)<br>ⓘ housing in high crime neighborhood |
| ❗ | **RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**<br>⊖ not recommended for RRC placement<br>ⓘ Detainer or Pending Charge: Other detaining authority will take custody upon release |
| ✓ | **FAMILY CARE**<br>⊕ not responsible for obtaining child care for any dependent children upon release<br>⊕ not responsible for obtaining elder care for any dependent(s) upon release<br>⊕ not responsible for obtaining any other special services for dependents upon release |

**Department of Justice**
**INMATE SKILLS DEVELOPMENT PLAN**

**Federal Bureau of Prisons**
**PROGRESS REPORT: 10-14-2015**

**DAILY LIVING**           *** Disregard Response Summary and utilize only the Progress & Goals section ***

**Progress And Goals**

MR. WOODFOLK CURRENTLY HAS NO FINANCIAL RESPONSIBILITY OBLIGATION. HE RECENTLY SUBMITTED AN APPLICATION FOR A REPLACEMENT SOCIAL SECURITY CARD. HIS ACCOUNT BALANCE IS CURRENTLY $1,025.72.