Upon the Recommendation of the Staff and by Authority of the Governing Board, This



# CERTIFICATE OF COMPLETION

IS CONFERRED UPON

## COREY WOODFOLK

For Satisfactorily Completing the Requirements as Prescribed for **Intro Training of the CEO of Your New Life Program** from Defy Ventures and Awarded with all the Rights and Privileges Pertaining Thereto.

Twenty Ninth of April, Two Thousand and Sixteen

Catherine Hoke

Catherine F. Hoke
CEO & Founder