

TOASTMASTERS INTERNATIONAL
WHERE LEADERS ARE MADE

# BEST TABLE TOPICS™ AWARD

presented to

**COREY WOODFOLK**

of Toastmasters club

**OTISVILLE LEADERSHIP GAVEL CLUB**

5/16/16
Date

Club President

ITEM 601BTT