# U.S. Probation and Pretrial Services
# M E M O R A N D U M

**DATE:** February 9, 2016

**TO:** Paresh Patel, AFPD
Sapna Mirchandani, AFPD
Lauren Case, AFPD
Debbie Dwyer, AUSA

**FROM:** Nicole R. Blanche
Supervisory U.S. Probation Officer

**SUBJECT:** U.S. v. Corey Lorenzo Woodfolk
Dkt. No.: JFM-93-0419
Consideration for Sentence Reduction Based on Amendment 782

Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Heroin, in violation of 21 USC §846
Penalty: NLT 10 yrs., NMT life; NLT 5 yrs. TSR

**X - Eligible for Reduction**

Determination of Guideline Range

|  | Original Sentence (11/10/1994) | Previously Amended (706) | Crack Amendment (750) | New Amendment (782) |
|---|---|---|---|---|
| TOL | 38 |  |  | 36 |
| CHC | VI |  |  | VI |
| Guideline Range | 360 months to life |  |  | 324 to 405 mos. |
| Departure Range |  |  |  |  |
| Sentence | 600 mos. |  |  | **Recommend 405 mos.** |
| BOP Rel. Date | 08/14/2037 |  |  |  |
| TSR | 5 years |  |  |  |