IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal No. JFM-93-0419 |
| COREY LORENZO WOODFOLK | * |

*****

## MEMORANDUM

Corey Woodfolk has filed a motion for reduced sentence. He requests a sentence at the low end of the amended Guideline range, 324 months. The Government agrees that Woodfolk is entitled to a reduction of his sentence but proposes that his sentence reduction be to 400 months.

Woodfolk's motion will be granted and his sentence will be reduced to 324 months. The Government is correct that the facts underlying Woodfolk's conviction were horrendous. On the other hand, the efforts that he has made toward his rehabilitation while incarcerated have been extraordinary.

The Clerk is directed to enter an order reducing Woodfolk's sentence to 324 months. All other aspects of the original sentence are to remain the same.

/s/ 
J. Frederick Motz
United States District Judge

1