TRULINCS  30079037 - WOODFOLK, COREY LORENZO - Unit: OTV-F-A

---------------------------------------------------------------------------------

FROM: 30079037
TO:
SUBJECT: Amendment 782
DATE: 06/29/2016 06:29:00 PM

June 29, 2016

Honorable J. Frederick Motz
U.S. District Court Judge
U.S. Courthouse
101 W. Lombard St
Baltimore, MD 21201

Re: United States v. Woodfolk, JFM-93-0419

Dear Judge Motz:

   Thank you very much for providing me with the opportunity to have a new chance at life. I have given all that I have to change, and I am committed to paying it forward. I plan to speak as often as I can with the younger generation, and help them to see a brighter future in education and honest work. As for myself, I plan on first working as a paralegal, and thereafter starting a new dynamic online search engine. I plan on taking my time, and remembering what I've learned. My mother would be proud of me, and I know that she is thanking you everyday.

Sincerely,

Corey L. Woodfolk