Prob Form 35
(11/17 Mod)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Maryland

UNITED STATES OF AMERICA

vs.  Crim. No.: 0416 1:93CR00419-002

Corey Lorenzo Woodfolk

On November 10, 1994, the defendant was sentenced to the Bureau of Prisons followed by Supervised Release for a period of 60 months. Mr. Woodfolk was released by the Bureau of Prisons on July 31, 2017, to begin his term of supervision. He has complied with the rules and regulations. Accordingly, it is recommended that he be discharged from supervision.

Respectfully submitted,

_____
Sheri Dyer
U.S. Probation Officer

_____
Jason Hyde
Supervisory U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Signed this __17__ day of __Jan.__, 20__19__.

_____
The Honorable James K. Bredar
Chief U.S. District Judge